Abraham Van Steenbergen
419 Main Street Apt 267
Huntington Beach, CA   92648


Annelies Van Steenbergen
419 Main Street #267
Huntington Beach, CA   92648


Curd Galindo & Smith LLP
301 E Ocean Blvd Suite 460
Long Beach, CA   90802

AT&T Wireless
PO Box 68055
Anaheim Hills, CA   92817-8055


Airtouch Paging
2401 E Katella Avenue Suite 150
Anaheim, CA   92806


Alliance One
1160 Centre Pointe Drive #1
Mendota Heights, MN   55120


Associated Recovery Systems
3225 N Central Ave #801
Phoenix, AZ   85012


Bank Of America
PO Box 37176
San Francisco, CA   94137-0001


Bidna & Keys
5120 Campus Drive
Newport Beach, CA   92660


Camco
PO Box 5087
Rockford, IL   61125-0247


Capital One
PO Box 26625
Richmond, VA   23261-6625


Capital One
PO Box 85015
Richmond, VA   23285-5015

Citi Cards
PO Box 6000
The Lakes, NV  89163-6000


Construction Advantage
12322 Poway Rd #136
Poway, CA  92064-4292


Cross Country Bank
PO Box 310711
Boca Raton, FL  33431-0711


Discover
PO Box 15192
Wilmington, DE  19850-5192


FW Dodge/McGraw-Hill Inc
PO Box 75946
Chicago, IL  60675-5946


Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0021


Franchise Tax Board
Attention:  Bankruptcy
PO Box 2952
Sacramento, CA  95812-2952


Golden Eagle Insurance
PO Box 8090
Orange, CA  91748


GTE California
Payment Processing Center
Inglewood, CA  90313-0001

Household Credit Services
PO Box 81622
Salinas, CA   93912-1622


Huntington Beach Emergency PhysSpc
PO Box 2705-382
Huntington Beach, CA   92647


Internal Revenue Service
Insolvency Group 1 Mailstop 5501
24000 Avila Road
Laguna Niguel, CA   92677


IRS
Ogden, UT   84201


John Deere Marine Finance
PO Box 5447
Madison, WI   53705-0447


Merrick Bank
PO Box 5721
Hicksville, NY   11802-5721


Mobil Oil Corp
PO Box 419600
Kansas City, MO   64141-6600


Optima Card
PO Box 45200
Jacksonville, FL   32232-5200


OSI Collections
PO Box 550720
Jacksonville, FL   32255-0720

Oxford Management Services
CS 9018
Melville, NY   11747


Pac Plus
File No 56400
Los Angeles, CA   90074-6400


Pacific Bell
Payment Center
Van Nuys, CA   91388


Providian
PO Box 660490
Dallas, TX   66049


Solutions Inc
500 SW 7th Street
Renton, WA   98055


State Board Of Equalization
PO Box 942879
Sacramento, CA   94279-0001


Trans Credit America Of Westchester
118 South Terrace Avenue
Mt. Vernon, NY   10550


Trident
19430 E San Jose Avenue
City Of Industry, CA   91748


US Trustee
411 West Fourth Street Suite 9041
Santa Ana, CA   92501

Van Ru Credit Corp
10024 Skokie Blvd #2
Skokie, IL  60077-1109


Wells Fargo Bank
PO Box 4020
Concord, CA  94524-4020